**JUDGE DANIELS**

**08 CV 3862**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ALEA NORTH AMERICA COMPANY and RLI
INSURANCE COMPANY a/s/o 15 Wadsworth Avenue   :   Case No.:
Associates,

:   **RULE 7.1 STATEMENT**

              Plaintiffs,

   -against-

RALEIGH WRIGHT,

              Defendant.



RECEIVED APR 24 2008 U.S.D.C. S.D.N.Y. CASHIERS

------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for RLI Insurance Company and Alea North America Company (private non-governmental parties) certifies as follows:

1. Alea North American Company is wholly owned by privately held Alea Holdings U.S. Company.

2. RLI Insurance Company is wholly owned by publicly held RLI Insurance Group.

Dated: New York, New York
      April 23, 2008

                                        ROBINSON & COLE LLP

                                        By: _____
                                        Michael B. Golden (MG-0633)
                                        Attorneys for Plaintiffs
                                        885 Third Avenue, 28th Floor
                                        New York, NY 10022
                                        (212) 451-2900

NEWY1-634089-1