```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    JUN 1 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
ALEA NORTH AMERICA COMPANY and
RLI INSURANCE COMPANY a/s/o 15 Wadsworth       Case No.: 08 Civ 3862 (GBD)(HP)
Avenue Associates,

                                                                          **VOLUNTARY DISMISSAL**

                Plaintiff,

    -against-

RALEIGH WRIGHT,

                Defendant.
--------------------------------------------------------------- x

       Plaintiff hereby dismisses this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), insofar as defendant has filed neither an answer nor motion for summary judgment.

Dated: New York, New York
       June 11, 2008

                                          ROBINSON & COLE LLP

                                          By: _____
                                          Michael B. Golden (MBG-0633)
                                          Attorneys for Plaintiff
                                          885 Third Avenue, Suite 2800
                                          New York, New York 10022
                                          212-451-2900

                                          JUN 1 2 2008

                                          George B. Daniels
                                          **HON. GEORGE B. DANIELS**

NEWY1-636990-1